(August 1, 2017 through August 31, 2017)

| | | |
|---|---|---|
| People v Abraham | 2d Dept: 150 AD3d 1021 (Kings) | denied 8/16/17 (Rivera, J.) |
| People v Abreu | App Term, 1st Dept: 55 Misc 3d 152(A) (NY) | denied 8/16/17 (Rivera, J.) |
| People v Abuziyad | App Term, 2d Dept, 2d, 11th & 13th Jud Dists: 56 Misc 3d 33 (Kings) | denied 8/14/17 (DiFiore, Ch. J.) |
| People v Akenami | 2d Dept: 151 AD3d 732 (Kings) | denied 8/18/17 (Garcia, J.) |
| People v Alicea (Capo) | 4th Dept: 148 AD3d 1662 (Ontario) | denied 8/3/17 (DiFiore, Ch. J.) (Appeal No. 1) |
| People v Alicea (Capo) | 4th Dept: 148 AD3d 1663 (Ontario) | denied 8/4/17 (DiFiore, Ch. J.) (Appeal No. 2) |
| People v Alicea (Orlando) | 4th Dept: 148 AD3d 1662 (Ontario) | denied 8/3/17 (DiFiore, Ch. J.) (Appeal No. 1) |
| People v Alicea (Orlando) | 4th Dept: 148 AD3d 1663 (Ontario) | denied 8/4/17 (DiFiore, Ch. J.) (Appeal No. 2) |
| People v Allen | 4th Dept: 151 AD3d 1725 (Cayuga) | denied 8/16/17 (Stein, J.) |
| People v Allrich (Jocelyn) | 2d Dept: 151 AD3d 733 (Kings) | denied 8/15/17 (Garcia, J.) |
| People v Allrich (Jo-Jo) | 2d Dept: 151 AD3d 733 (Kings) | denied 8/15/17 (Garcia, J.) |
| People v Altam | 1st Dept: 151 AD3d 537 (NY) | denied 8/15/17 (Garcia, J.) |
| People v Anlyan | 2d Dept: 150 AD3d 869 (Nassau) | denied 8/23/17 (Fahey, J.) |